IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| MARK BARNER; and<br>CHARLOE BARNER, | \*<br>\*<br>\* | |
| Plaintiffs, | \* | |
| vs. | \*<br>\*<br>\* | No. 4:14-cv-00090-SWW |
| THOMPSON/CENTER ARMS COMPANY,<br>INC.; THOMPSON/CENTER ARMS<br>COMPANY, LLC; JOHN DOES NOS. 1-10;<br>AND JOHN DOE CORPORATIONS<br>NOS. 1-10, | \*<br>\*<br>\*<br>\*<br>\*<br>\* | |
| Defendants. | \* | |

ORDER

On March 7, 2014, defendants Thompson/Center Arms Company, Inc. and Thompson/Center Arms Company, LLC filed a motion [doc.#10] to dismiss plaintiffs' complaint. Subsequently, plaintiffs filed a first amended complaint [doc.#19]. As "[i]t is well-established that an amended complaint supercedes an original complaint and renders the original complaint without legal effect," *In re Wireless Tel. Fed. Cost Recovery Fees Litig.*, 396 F.3d 922, 928 (8th Cir. 2005), defendants' motion to dismiss is denied without prejudice as moot.

IT IS SO ORDERED this 1st day of April 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE