# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| MARK BARNER AND CHARLOTTE BARNER | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| vs. | * | NO: 4:14 CV00090 SWW |
| | * | |
| THOMPSON/CENTER ARMS COMPANY, INC., N/K/A THOMPSON/CENTER ARMS COMPANY, LLC; THOMPSON/CENTER ARMS COMPANY, LLC; JOHN DOES NOS. 1-10; and JOHN DOE CORPORATIONS NOS. 1-10 | * | |
| | * | |
| Defendants | * | |

## <u>JUDGMENT</u>

Consistent with the Order that was entered on this day,  it is CONSIDERED, ORDERED,

and  ADJUDGED  that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 27TH  DAY OF JUNE, 2014.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE