IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| MARK BARNER; and<br>CHARLOTTE BARNER,<br><br>           Plaintiffs,<br>vs.<br><br><br>THOMPSON/CENTER ARMS COMPANY,<br>INC., N/K/A THOMPSON/CENTER ARMS<br>COMPANY, LLC; THOMPSON/CENTER<br>ARMS COMPANY, LLC; JOHN DOES<br>NOS. 1-10; AND JOHN DOE<br>CORPORATIONS NOS. 1-10,<br><br>           Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | No. 4:14-cv-00090-SWW |

## ORDER

Pursuant to the stipulation of dismissal [doc.#51] filed July 26, 2016, this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 28th day of July 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE